IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            No.    16-cv-0599 WJ/SMV
                                                        12-cr-1563 WJ

ARCHIE J. MANZANARES,

    Defendant.

## ORDER

THIS MATTER is before the Court, sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on [Defendant]'s Motion to Correct the Sentence pursuant to 28 U.S.C. § 2255 [CV Doc. 1; CR Doc. 35] ("Motion"). The Court will direct the United States to answer Defendant's Motion.

**IT IS HEREBY ORDERED** that the Clerk forward to the United States of America a copy of Defendant's Motion and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that, within 23 days of entry of this Order, the United States answer Defendant's § 2255 motion.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**