IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff/Respondent,    ) | |
| ) | Criminal No. 12-1563 WPJ |
| vs.                                 ) | Civil No. 16-599 WPJ/SMV |
| ) | |
| **ARCHIE MANZANARES**,           ) | |
| ) | |
| Defendant/Movant.     ) | |

## ORDER GRANTING STAY

THIS MATTER having come before the court on the written motion of the United States of America for a stay of these proceedings, and the Court, being fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that further proceedings in this case shall be STAYED until defendant's issue is resolved before the Tenth Circuit.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*Electronically filed on July 21, 2016*
Norman Cairns,
Assistant US Attorney

Approved by:

*Electronically approved on July 20, 2016*
Margaret Katze, Esq.
Counsel for Defendant