IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                   No.    16-cv-0599 WJ/SMV

                                                                            12-cr-1563 WJ

**ARCHIE J. MANZANARES,**

    Defendant.

### ORDER

THIS MATTER is before the Court sua sponte. Briefing in this matter was stayed pending ruling by the Tenth Circuit Court of Appeals in *United States v. Maldonado-Palma*. The Court of Appeals issued its published opinion on October 25, 2016.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the stay in this case is **LIFTED**.

**IT IS FURTHER ORDERED** that the United States respond to Mr. Manzanares's § 2255 motion no later than **November 18, 2016**.

**IT IS SO ORDERED**.

                                                      _____
                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**